UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDDIE ARRINGTON, ) | |
| ) | |
| Plaintiff, ) | CASE NO.   C05-0469-JLR |
| ) | |
| v. ) | ORDER |
| ) | |
| JOSEPH CHALVERUS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Court, having reviewed the Plaintiff's Complaint, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) The matter is DISMISSED without prejudice;

(3) The Clerk is directed to send a copy of this Order to Plaintiff and to the Hon. Monica J. Benton.

DATED this 27th day of March, 2006.

_____
JAMES L. ROBART
United States District Judge

ORDER